**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 20-1798**

---

In re: EMMANUEL EDWARD SEWELL,

Petitioner.

---

On Petition for Writ of Mandamus.  (8:18-cv-03439-DKC)

---

Submitted:  February 5, 2021                    Decided:  March 8, 2021

---

Before DIAZ, FLOYD, and QUATTLEBAUM, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Emmanuel Edward Sewell, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edward Sewell petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his post-judgment motion filed in his civil case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Sewell's motion. Accordingly, because the district court has acted in Sewell's case, we deny the mandamus petition as moot. We deny the pending motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*